UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-5181 PAM/AJB

| | |
|---|---|
| AMY M. KROMER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **O R D E R** |

Based upon the Stipulation For Remand,

IT IS HEREBY ORDERED that this case is remanded to the Commissioner for further administrative action pursuant to Sentence 4 of Section 205(g) of the Social Security Act, Title 42, United States Code, Section 405(g).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 20, 2009

 s/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Court Judge