UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amy M. Kromer,                              Civil No.08-5181 (PAM/AJB)

             Plaintiff,

v.                                                 **ORDER**

Michael J. Astrue, Commissioner
of Social Security,

             Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Arthur J. Boylan. In that R&R, Magistrate Judge Boylan recommended that the Court grant Plaintiff's request for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). The Government does not object to the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Arthur J. Boylan (Docket No. 26) is **ADOPTED**; and

2. Plaintiff Motion for Attorney's Fees (Docket No. 19) is **GRANTED**, and Plaintiff is awarded attorney's fees and costs in the amount of $6,188.25.

Dated: Thursday, September 24, 2009

                                                *s/ Paul A. Magnuson*
                                                Paul A. Magnuson
                                                United States District Court Judge